**No. 59882.**—W. N. Proctor Company v. United States, protests 199100-K, etc. (Boston).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of Angora rabbit hair similar in all material respects to that the subject of *W. N. Proctor Company* v. *United States* (35 Cust. Ct. 89, C. D. 1727), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 3, 1956

**No. 59883.**—Decorative Crafts, Inc. v. United States, protest 282851-K (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.